Matter of Francesca L. (Gina T.) (2024 NY Slip Op 05346)

Matter of Francesca L. (Gina T.)

2024 NY Slip Op 05346

Decided on October 30, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 30, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
CHERYL E. CHAMBERS
DEBORAH A. DOWLING
LOURDES M. VENTURA, JJ.

2023-07249
 (Docket No. N-5546-23)

[*1]In the Matter of Francesca L. (Anonymous). Nassau County Department of Social Services, petitioner-respondent;y> Gina T. (Anonymous), appellant, et al., respondent.

Gail Jacobs, Great Neck, NY, for appellant.
Thomas A. Adams, County Attorney, Mineola, NY (Robert F. Van der Waag of counsel), for petitioner-respondent (no brief filed).
Susan G. Mintz, Garden City, NY, attorney for the child.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 10, the mother appeals from an order of the Family Court, Nassau County (Robin M. Kent, J.), dated July 18, 2023. The order, after a hearing, directed the temporary removal of the subject child pursuant to Family Court Act § 1022. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738), in which she moves for leave to withdraw as counsel for the appellant.
ORDERED that the appeal is dismissed, without costs or disbursements; and it is further,
ORDERED that counsel's application for leave to withdraw as counsel for the appellant is denied as academic.
The appellant is the mother of the subject child. In July 2023, the Nassau County Department of Social Services filed a pre-petition application for the temporary removal of the child from the care of the mother and the father. In an order dated July 18, 2023, after a hearing, the Family Court directed the temporary removal of the child pursuant to Family Court Act § 1022 prior to the filing of a petition under Family Court Act article 10 (hereinafter the pre-petition order). The mother appeals.
The appeal from the pre-petition order must be dismissed as academic because that order was superseded by the Family Court's subsequent order, made after the filing of a neglect petition, directing the continued temporary removal of the child (see Matter of Victoria B. [Jonathan M.], 164 AD3d 578, 580; Matter of Mahar E. [Mahmuda E.], 160 AD3d 847, 848; Matter of Elizabeth C. [Omar C.], 156 AD3d 193, 199). Therefore, a decision from this Court on this issue would not "'result in immediate and practical consequences to the parties'" (Matter of Victoria B. [Jonathan M.], 164 AD3d at 580, quoting Matter of Elizabeth C. [Omar C.], 156 AD3d at 199).
In light of the foregoing, the application of the mother's counsel for leave to withdraw as counsel is denied as academic (see Matter of Sylvie S. [Cynthia W.], 195 AD3d 850, 850-851; Matter of Piper S., 159 AD3d 913, 914).
BRATHWAITE NELSON, J.P., CHAMBERS, DOWLING and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court